Case 4:18-cr-00260-RSB-CLR   Document 1528   Filed 01/29/24   Page 1 of 1

AO 247 (Rev. 11/23)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)       Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Savannah Division

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joshua McNelly | ) Case No: | 4:18CR00260-25 |
| | ) | |
| | ) USM No: | 22805-021 |
| Date of Original Judgment: July 23, 2019 | ) | |
| Date of Previous Amended Judgment: N/A | ) | Jonathan J. Hunt |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  210 months  **is reduced to**  188 months  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  July 23, 2019  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  January 29, 2024

Effective Date:  February 1, 2024
*(if different from order date)*

R. Stan Baker
United States District Judge
Southern District of Georgia